# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Mar 12 2018
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) SANDRA ESTRADA-GARCIA**

Defendant.

§
§ CASE NUMBER: **EP:18-M-01138(1)**
§
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Sandra Estrada-Garcia, was represented by counsel, Matthew DeKoatz.

The defendant pled guilty to the complaint on March 12, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | February 23, 2018 |

As pronounced on March 12, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 12th day of March, 2018.

03/13/2018

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE