# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



FILED
Mar 12 2018
Clerk, U.S. District Court
Western District of Texas

By: _____
**Deputy**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | §   CASE NUMBER: **EP:18-M -01138(1) RFC** |
| vs. | § |
| | § |
| **(1) SANDRA ESTRADA-GARCIA** | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Sandra Estrada-Garcia, was represented by counsel, Matthew DeKoatz.

The defendant pled guilty to the complaint on **March 12, 2018.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | February 23, 2018 |

As pronounced on March 12, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 12th day of March, 2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number:<br>EP:18-M -01138(1) |
| (1) SANDRA ESTRADA-GARCIA | § § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, DeKoatz, Matthew, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 26th day of February, 2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

bef

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   EP:18-M -01138(1) RFC |
| | § | |
| (1) SANDRA ESTRADA-GARCIA | § | 8 USC 1325(a)(1) |
| | § | |
| *Defendant* | | |

## INITIAL APPEARANCE

On **February 26, 2018**, the defendant appeared in Open Court before
U.S. Magistrate Judge Robert F. Castaneda.
The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1)   The nature of the charge against him/her;

2)   The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel;

3)   That he/she is not required to make any statement and that any statement he/she makes may be used against him/her;

4)   The right to a preliminary examination if not indicted;

5)   The right to consideration of bail;

6)   The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )   Counsel Appointed / Retained:   **CJA**   DeKoatz, Matthew     **(915) 577-0913**

**Next Hearing Date/Time**

( X )   **MISDEMEANOR ARRAIGNMENT   March 12, 2018   at   10:30 AM**

**525 Magoffin Avenue**, El Paso, TX 79901          Magistrate Courtroom, Room 612

**Bond**

( X )   Bond set at:   **$10K  C/CS**

**Interpreter Needed:**          Interpreter:Spanish               **Record FTR Gold**

**Time:**   2:44 - 2:50 p.m. 20 minutes           MA time :   10:33 - 10:58   25 minutes

Arresting Agency:   El Paso Sector Border Patrol - Munguia, Nestor
Courtroom Deputy: Veronica Montoya - (915) 834-0520

AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/26/2018
Clerk, U.S. District Court
Western District of Texas

By: [signature]
Deputy

**USA**

vs.

**(1) SANDRA ESTRADA-GARCIA**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:18-M -01138(1)**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 23, 2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **"The Defendant, Sandra ESTRADA-Garcia, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by wading the Rio Grande River approximately .37 miles west of the Paso Del Norte Port of Entry on February 23, 2018, at El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."**

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

Sworn to before me and subscribed in my presence,

[signature]
Signature of Complainant
Munguia, Nestor
Border Patrol Agent

02/26/2018                                                         at   EL PASO, Texas
Date                                                                    City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

[signature]
Signature of Judicial Officer

**WESTERN DISTRICT OF TEXAS**

**(1) SANDRA ESTRADA-GARCIA**

FACTS   (CONTINUED)

On February 23, 2018, at approximately 6:22 a.m., Border Patrol Agent Todd Slagg received a phone call from the BNSF Railyard Security Officer Victor Guerrero stating he had detained one individual inside the railyards approximately .37 miles west of the Paso Del Norte Port of Entry in El Paso, Texas. Agent Angel Galindo responded to the area and made contact with Security Officer Guerrero. Agent Galindo approached the individual, identified himself as a Border Patrol Agent and questioned her as to her citizenship. The individual later identified as the DEFENDANT Sandra ESTRADA-Garcia, admitted to being a citizen of Mexico. After a brief interview, it was determined that the DEFENDANT was not in possession of any immigration documents allowing her to be or remain in the United States legally. The DEFENDANT was placed under arrest and transported to the Border Patrol Paso Del Norte Processing Center. The DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing her fingerprints and photo. The system identified the DEFENDANT and revealed prior immigration and criminal history. The DEFENDANT was read her rights as per Form I-214 in the Spanish language, which she acknowledged that she understood by signing the form. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

The Defendant, Sandra ESTRADA-Garcia, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by wading the Rio Grande River approximately .37 miles west of the Paso Del Norte Port of Entry on February 23, 2018, at El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

IMMIGRATION HISTORY:

**The DEFENDANT has been granted 1 voluntary return on January 30, 2006, through EL PASO, TX.**

CRIMINAL HISTORY:

**On September 30, 2014, in Lenoir, Colorado, the DEFENDANT was charged with Identity theft(F), however the case was Dismissed.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:18-M -01138(1) |
| (1) SANDRA ESTRADA-GARCIA | § § | |

ORDER SETTING MISDEMEANOR ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MISDEMEANOR ARRAIGNMENT, in Magistraterd Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on 03/12/2018.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 02/26/2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE